**Motion Granted; Dismissed and Memorandum Opinion filed April 16, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00820-CV

## GREG YAKIM, Appellant

## V.

## BRISTOL RESIDENTIAL, L.P., RONALD L. LOZOFF, CHOICE CONDOMINIUMS GP, L.L.C, CHOICE CONDOMINIUMS VII, L.P., and CONDO SMART REALTY, L.L.C., Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2010-21175**

## M E M O R A N D U M   O P I N I O N

This is an appeal from interlocutory summary judgment orders signed June 29, 2012, and July 27, 2012, which were made final and appealable by a severance order signed August 28, 2012. On January 3, 2013, the court granted appellant's motion to abate the appeal so that the parties could engage in settlement negotiations. On April 9, 2013, appellant filed an unopposed motion to dismiss the

appeal because the parties have settled their disputes. *See* Tex. R. App. P. 42.1(a)(1).

We order the appeal **REINSTATED** and **GRANT** appellant's motion to dismiss the appeal.

The appeal is ordered **DISMISSED.**

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.